```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 01153
   DOUGLAS S GASHER
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-7069


------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 01/23/2007 and was not confirmed.

    The case was converted to chapter 7 without confirmation 04/26/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                           PAID        PAID
------------------------------------------------------------------------------
DISCOVER FINANCIAL SERVI   UNSECURED         3203.97         .00         .00
FORD MOTOR CREDIT          SECURED NOT I        .00          .00         .00
WELLS FARGO OPERATION CE   SECURED NOT I        .00          .00         .00
WELLS FARGO OPERATION CE   SECURED NOT I        .00          .00         .00
CHASE AUTO FINANCE         SECURED NOT I        .00          .00         .00
FCALM LLC                  UNSECURED            .00          .00         .00
WELLS FARGO BANK           SECURED NOT I        .00          .00         .00
WELLS FARGO BANK           SECURED NOT I        .00          .00         .00
FIFTH THIRD BANK           SECURED NOT I   NOT FILED         .00         .00
HARRIS BANK                SECURED VEHIC   24300.00          .00      675.00
HARRIS BANK                UNSECURED       NOT FILED         .00         .00
EVELYN GASHER              PRIORITY        NOT FILED         .00         .00
A E ATTA                   UNSECURED       NOT FILED         .00         .00
ADT SECURITY SYSTEMS       UNSECURED       NOT FILED         .00         .00
AMERICAN EXPRESS           UNSECURED       NOT FILED         .00         .00
ECAST SETTLEMENT CORP      UNSECURED       13591.71          .00         .00
BANCO POPULAR              UNSECURED       NOT FILED         .00         .00
ECAST SETTLEMENT CORP      UNSECURED       51246.29          .00         .00
CBUSA SEARS                UNSECURED       NOT FILED         .00         .00
RESURGENT CAPITAL SERVIC   UNSECURED       24742.94          .00         .00
COLLECTCORP                UNSECURED       NOT FILED         .00         .00
COMCAST                    UNSECURED       NOT FILED         .00         .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED         .00         .00
CULLIGAN                   UNSECURED       NOT FILED         .00         .00
DISCOVER                   UNSECURED       NOT FILED         .00         .00
ENCORE RECEIVABLE MANAGE   UNSECURED       NOT FILED         .00         .00
HSBC/RS                    UNSECURED       NOT FILED         .00         .00
IVANHOE CLUB               UNSECURED       NOT FILED         .00         .00
NICOR GAS                  UNSECURED       NOT FILED         .00         .00
RUIZ BROTHERS BRICK PAVI   UNSECURED       NOT FILED         .00         .00
THD/CBUSA                  UNSECURED       NOT FILED         .00         .00
CHASE MANHATTAN            NOTICE ONLY     NOT FILED         .00         .00
FORD MOTOR CREDIT          NOTICE ONLY     NOT FILED         .00         .00
EVELYN GASHER              NOTICE ONLY     NOT FILED         .00         .00
FORD MOTOR CREDIT          UNSECURED        2843.18          .00         .00

                       PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 01153 DOUGLAS S GASHER
```

```
BURNS & WINCEK LTD      DEBTOR ATTY         .00                          .00
TOM VAUGHN              TRUSTEE                                        44.62
DEBTOR REFUND           REFUND                                        480.38

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS        DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   1,200.00

PRIORITY                                           .00
SECURED                                         675.00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                             44.62
DEBTOR REFUND                                   480.38
                        ---------------    ---------------
TOTALS                    1,200.00              1,200.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
     Dated: 12/13/07          _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE