**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>GASHER, DOUGLAS S.<br><br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 07-01153 SA<br><br>JUDGE Jack B. Schmetterer |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:   U.S. BANKRUPTCY COURT
          219 S. Dearborn, Courtroom 682
          Chicago, Illinois 60604

    on:   **February 26, 2009**
    at:   **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                              $          17,839.32

    b. Disbursements                         $               8.12

    c. Net Cash Available for Distribution   $          17,831.20

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| GLENN R. HEYMAN<br>(Trustee Fees) | 0.00 | $2,533.93 | |

| | | |
|---|---:|---:|
| Popowcer Katten, Ltd. (Trustee's Accountant Fees) | 0.00 | $840.00 |
| Crane, Heyman, Simon, Welch & Clar (Trustee's Firm Legal Fees) | 0.00 | $16,447.50 |
| Crane, Heyman, Simon, Welch & Clar (Trustee's Firm Legal Expenses) | 0.00 | $321.24 |

5. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $21,938.40 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---:|---:|
| 15 | Evelyn Gasher | $ 21,938.40* | $ 0.00 |

\* Domestic Support Obligation under §507(a)(1)

6. Claims of general unsecured creditors totaling $381,230.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---:|---:|
| 1 | DISCOVER BANK/DISCOVER FINANCIAL SERVICES | $ 3,203.97 | $ 0.00 |
| 3 | Ford Motor Credit Company | $ 13,343.86 | $ 0.00 |
| 5 | Chase Auto Finance Corp. | $ 17,956.64 | $ 0.00 |
| 8 | LVNV Funding LLC its successors and assigns as | $ 24,742.94 | $ 0.00 |
| 9 | Ford Motor Credit Company | $ 2,843.18 | $ 0.00 |
| 10 | eCAST Settlement Corporation assignee of | $ 14,584.90 | $ 0.00 |
| 11 | Bank of America/FIA Card Services formerly MBNA | $ 51,246.29 | $ 0.00 |
| 13 | Nicor Gas | $ 2,421.72 | $ 0.00 |
| 14 | ComEd Co | $ 887.33 | $ 0.00 |
| 15 | Evelyn Gasher | $ 250,000.00 | $ 0.00 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee

       application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.       Debtor has been discharged.

10.     The Trustee proposed to abandon the following property at the hearing: Barrington and Michigan real estate; Goodman loan, Dr. Musur loan; automobiles (2); Dain Raucher account.

Dated: **January 13, 2009**　　　　　　　　For the Court,

　　　　　　　　　　　　　　　　　　　　By:**KENNETH S. GARDNER**
　　　　　　　　　　　　　　　　　　　　　　Kenneth S. Gardner
　　　　　　　　　　　　　　　　　　　　　　Clerk of the United States Bankruptcy Court
　　　　　　　　　　　　　　　　　　　　　　219 S. Dearborn Street; 7th Floor
　　　　　　　　　　　　　　　　　　　　　　Chicago, IL  60604

Trustee:　　GLENN R. HEYMAN
Address:　　135 S. LaSalle Street, #3705
　　　　　　Chicago, IL  60603
Phone No.: (312) 641-6777

## SERVICE LIST

**DOUGLAS S. GASHER**
**07 B 01153**

Glenn R. Heyman
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603

Lois West
Popowcer Katten, Ltd.
35 East Wacker Drive, Suite 1550
Chicago, IL  60601-2124

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 2           Date Rcvd: Jan 13, 2009
Case: 07-01153                Form ID: pdf002              Total Served: 43


The following entities were served by first class mail on Jan 15, 2009.
db           +Douglas S. Gasher,    1106 N Eagle St,   Naperville, IL 60563-2506
aty          +Crane Heyman Simon Welch & Clar,    Dannen Crane Heyman & Simon,    135 S Lasalle St Ste 1540,
               Chicago, IL 60603-4506
aty          +Lois West,    Popowcer Katten Ltd,    35 E Wacker Dr, Suite 902,    Chicago, Il 60601-2314
aty          +Steven S. Potts,    Maxwell & Potts, LLC,    105 W Adams Street,    Suite 3200,
               Chicago, IL 60603-6209
tr           +Glenn R Heyman, ESQ,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
               Chicago, IL 60603-4101
11138548     +A.E. ATTA, D.D.S.,    400 Lake Cook Road,    Deerfield, IL 60015-5607
11138549     +Adt Security Servces,    P.O. Box 371490,    Pittsburgh, PA 15250-7490
11138550      American Express,    Box 0001,    Los Angeles, CA 90096-0001
11138551     +Ameriquest,    PO BOX 17313,    Baltimore, MD 21297-1313
11138553     +BOA MBNA,    400 Christiana Rd.,    Newark, DE 19702-3208
11138552      Banco Popular,    4801 W. Fullerton,    Chicago, IL 60639
11330506      Bank of America/FIA Card Services formerly MBNA,     by eCAST Settlement Corporation,
               as its agent,    POB 35480,    Newark NJ 07193-5480
11138555      Chase Auto Finance,    PO Box 78070,    Phoenix, AZ 85062-8070
11138556     +Citi,    PO Box 6500,    Sioux Falls, SD 57117-6500
11138557      Collectcorp,    P.O. Box 100789,    Birmingham, AL 35210-0789
11138558      Comcast,    P.O Box 3001,    SouthEastern, PA 19398-3001
11138560     +Culligan,    PO BOX 5277,    Carol Stream, IL 60197-5277
11138562      Encore Ge Consumer Finance,    400 N. Rogers Rd,    PO Box 3330,    Olathe, KS 66063-3330
11138564      Evelyn Gasher,    27599 W. Kazimour Dr.,    Barrington, IL 60010-1579
11138563    +++Evelyn Gasher,    c/o Steven S Potts, Maxwell & Potts LLC,    105 W Adams St   Ste  3200,
               Chicago, IL 60603-6209
11177854     +FCALM, LLC,    DRAWER 55-953,    P.O. BOX 55000,    DETROIT, MI 48255-0001
11138565     +Fifth Third Bank,    PO BOX 961247,    Fort Worth, TX 76161-0247
11138566      Ford Motor Credit,    Dept. 267901,    PO Box 55000,    Detroit, MI 48255-2679
11151455      Ford Motor Credit Company,    P.O. Box 537901,    Livonia, MI  48153-7901
11138568     +HSBC NV,    BOX 978,    Wood Dale, IL 60191-0978
11138567     +Harris Bank,    PO Box 6201,    Carol Stream, IL 60197-6201
11138569      Ivanhoe Club,    28846 Thorngate Drive,    Ivanhoe, IL 60060-5361
12054782     +JPMorgan Chase Bank, NA,    370 S Cleveland Ave Ste 2047,    Westerville Oh 43081-8917
11138571     +Ruiz Brother's Brick Paving, Inc,    602 Hawthorne Ln.,    Carpentersville, IL 60110-1945
11138572     +THD/CBUSA,    Good Year Processing Center,    Des Moines, IA 50364-0001
11138574     +Wells Fargo,    4455  Arrowswest,    Colorado Springs, CO 80907-3445
11138573      Wells Fargo,    PO Box 14411,    Des Moines, IA 50306-3411
11163968     +Wells Fargo Bank NA,    Wells Fargo Operation Center,    HEQ Payment Processing,
               2324 Overland Ave,    Billings, MT 59102-6401
11191611     +Wells Fargo Bank, N.A.,    Bankruptcy Department,    3476 Stateview Blvd,    X7801-014,
               Ft. Mill, SC 29715-7203
11330501      eCAST Settlement Corporation assignee of,    HSBC Bank NA/Direct Merchants,    Credit Card Bank NA,
               POB 35480,    Newark NJ 07193-5480

The following entities were served by electronic transmission on Jan 14, 2009.
11172555     +Fax: 602-221-4614 Jan 14 2009 04:19:01      Chase Auto Finance Corp.,
               201 N Central Ave, AZ1-1191,    Phoenix, AZ 85004-0073
11138559     +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                            ComEd,
               Chicago, IL 60668-0001
11498616     +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                            ComEd Co,
               2100 Swift Drive,    Attn: Bankruptcy Section/Revenue Managem,    Oakbrook, IL 60523-1559
11148901     +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 14 2009 04:19:18
               DISCOVER BANK/DISCOVER FINANCIAL SERVICES,    PO BOX 3025,    NEW ALBANY OH 43054-3025
11138561      E-mail/PDF: mrdiscen@discoverfinancial.com Jan 14 2009 04:19:18      Discover,   P.O. BOX 30395,
               Salt Lake City, UT 84130
11275665      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11138570      E-mail/Text: bankrup@nicor.com                             Nicor,   P.O. Box 416,
               Aurora, IL 60568-0001
11429539     +E-mail/Text: bankrup@nicor.com                             Nicor Gas,    PO Box 549,
               Aurora IL 60507-0549
                                                                                               TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11138554       CBUSA/SEARS
aty*         +Glenn R Heyman, ESQ,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
               Chicago, IL 60603-4101
11177856*    +FCALM, LLC,    DRAWER 55-953,    P.O. BOX 55000,    DETROIT, MI 48255-0001
                                                                                             TOTALS: 1, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

```
District/off: 0752-1          User: amcc7            Page 2 of 2            Date Rcvd: Jan 13, 2009
Case: 07-01153                Form ID: pdf002        Total Served: 43

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 15, 2009**                    **Signature:**        _Joseph Speetjens_